# Notice Recipients

District/Off: 0971−3     User: awong     Date Created: 12/16/2010
Case: 09−33436     Form ID: FIND     Total: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Janina M. Hoskins | jmelder7@aol.com |
| aty | Joanne M. LaFreniere | jlafreniere@stromsheim.com |
| aty | Julie M. Glosson | julie.m.glosson@usdoj.gov |
| aty | Reidun Stromsheim | rstromsheim@stromsheim.com |

                                                                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jacqueline Anne Warner | 10 Emerald Lake Place | Redwood City, CA 94062 |

                                                                                                                        TOTAL: 1