

Signed and Filed: May 10, 2011

_____
DENNIS MONTALI
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**JAQUELINE ANNE WARNER**<br><br><br><br>Debtor<br>_____ | ) <br>) Case No. 09-33436 MD<br>)<br>) Chapter 7<br>)<br>) **ORDER TO PAY UNCLAIMED FUNDS**<br>) |

It appearing that the check(s) made payable to Jacqueline Anne Warner in the total amount of $32,123.37 was not cashed within the 90 day limit and an unclaimed money report was entered on September 29, 2010 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Jacqueline Anne Warner is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $32,123.37 to the order of Jacqueline Anne Warner, 10 Emerald Lake Place, Redwood City, CA 94062.

***End of Order***
***No Service List Required***